# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff/Respondent, | : | Case Nos. 3:05cr00184<br>3:11cv00117 |
| vs. | : | District Judge Walter Herbert Rice<br>Magistrate Judge Sharon L. Ovington |
| MARK J. THORNTON | : | |
| Defendant/Petitioner. | : | |

## ORDER TRANSFERRING REFERENCE

The referral of the above-captioned matter is hereby transferred from the docket of Magistrate Judge Sharon L. Ovington to the docket of Magistrate Judge Michael R. Merz.

March 12, 2012

_____
Michael R. Merz
United States Magistrate Judge

3/12/, 2012

_____
Sharon L. Ovington
United States Magistrate Judge